# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **J. F. and on behalf of her adolescents and mother,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:24-cv-01208-O-BP |
| **LUIS VENTURA,** | § § § | |
| Defendant. | § | |

## JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.  The Plaintiff's Complaint is **DISMISSED without prejudice**.

2.  The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the costs.

3.  The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **9th day** of **October, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**